

**LAW OFFICE OF ARA AROUSTAMIAN**

ARA AROUSTAMIAN
CAMILLE AROUSTAMIAN

**November 7, 2025**

To the Honorable Michael A. Shipp,

    Local counsel respectfully submits this letter to request the Court's approval of counsel's availability and attendance plans for the upcoming hearing for Case Matevosian Enterprises Inc. v. Slick Trading LLC. (Case No. 3:2023cv23136MAS-JBD) scheduled for November 19, 2025, at 2:00 p.m.

    Local counsel, Steven Vosbikian, intends to appear at the hearing. *Pro hac vice* counsel, Ara Aroustamian, is also available and respectfully requests permission to appear remotely, subject to the Court's discretion.

    We appreciate the Court's time and consideration of this request.

                                              Very truly yours,
                                              LAW OFFICE OF ARA AROUSTAMIAN
                                              /s/ ARA AROUSTAMIAN
                                              Ara Aroustamian